NDFL Prob 35                  Report and Order Terminating Probation/
(1/92)                              Supervised Release
                                           Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                      Crim. No. 3:01CR108-006/RV
                                                      3:01CR110-002/RV

DONNIE P. BARBER

      On July 18, 2003, the above named was placed on Supervised Release for a period of four years as to DKT #3:01CR108-006/RV and three years as to DKT #3:01CR110-002/RV. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that DONNIE P. BARBER be discharged from Supervised Release.

                                                     Respectfully submitted,

                                                     Brian S. Davis
                                                     U.S. Probation Officer

### ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in these cases be terminated.

      Date this _____ day of _____, 20___.

                                                     Honorable Roger Vinson
                                                     Senior United States District Judge

05 AUG -8 PM 2: 13

FILED